■ In th Matter of DRITA F., Respondent, v JOSEPH I.R., Appellant. [931 NYS2d 506]—

The determination that respondent committed the offense of harassment in the second degree and violated an order of protection, was supported by a fair preponderance of the credible evidence (*see* Penal Law § 240.26 [2]; Family Ct Act § 832). A witness testified that respondent followed him and petitioner for several blocks, that respondent and petitioner argued, and that the witness and petitioner walked in a different direction in an effort to avoid respondent. There exists no basis to disturb the credibility determinations of the Referee (*see Matter of Hunt v Hunt*, 51 AD3d 924, 925 [2008]).

We have considered respondent's remaining arguments and

find them unavailing. Concur—Andrias, J.P., Sweeny, Acosta, Freedman and Manzanet-Daniels, JJ.